**Order entered June 13, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00477-CV

### IN THE INTEREST OF: Z.C.S., A CHILD

**On Appeal from the 15th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. FA-12-2032**

## ORDER

Before the Court is the May 30, 2014 Motion of appellant's counsel, John Hunter Smith, to withdraw as appellate counsel and an *Anders* brief in support of the motion. The record reflects that Mr. Smith also represented appellant at trial. The Court has held that appellate counsel who also served as trial counsel may not file an *Anders* brief. Rather, if counsel reaches a point in the appeal where he believes the appeal is frivolous and that an *Anders* brief is appropriate, counsel should file a motion to withdraw explaining the conflict, and the appellate court may then abate the appeal for the trial court to appoint new counsel. *See Chandler v. State*, 988 S.W.2d 827, 828 (Tex. App.—Dallas 1999, no pet.).

Accordingly, we **STRIKE** the appellant's brief filed by Mr. Smith and grant his motion to withdraw. We **DIRECT** the Clerk to remove John Hunter Smith as appellant's attorney of record.

We **ORDER** the trial court to appoint new counsel to represent appellant in this appeal and to transmit the order of appointment to this Court within **FIFTEEN DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Jim Fallon, Presiding Judge, 15th Judicial District Court of Grayson County; John Hunter Smith; and the Grayson County District Attorney's Office.

/s/    JIM MOSELEY
           JUSTICE